UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:18-CV-14223-ROSENBERG/MAYNARD

DENA WITT, *individually and on behalf of all others similarly situated*,

   Plaintiff,

v.

VALENTINE & KEBARTAS, LLC,

   Defendant.
_____/

## ORDER CLOSING CASE

This cause is before the Court on Plaintiff's Notice of Dismissal with Prejudice at docket entry 9. In light of the fact that this case has been dismissed with prejudice, it is

**ORDERED AND ADJUDGED**:

1. All pending motions are **DENIED AS MOOT**, all hearings are **CANCELLED**, and all deadlines are **TERMINATED**;

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 23rd day of July, 2018.

                                        ROBIN L. ROSENBERG
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record